IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARRY TRYNELL DAVIS, JR.,

    Plaintiff,

vs.                              CASE NO. 5:07cv279/RS-EMT

CORRECTIONS CORPORATION OF
AMERICA,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(B)(ii) because of failure to state a claim.

3. The clerk is directed to close the file.

ORDERED on February 22, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**